**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SANDRA MATUSIK,

    Plaintiff,

v.                                                                          Case No. 10-12785

TRANSAMERICA LIFE INSURANCE
COMPANY,

    Defendant.
                                                             /

**ORDER OF DISMISSAL**

On August 18, 2010, the court entered a stipulated order administratively closing the case. Paragraph 4 of that order provides in pertinent part: "If neither party seeks to reopen the case by December 8, 2010, the court shall enter an order dismissing Plaintiff's Complaint against Defendant with prejudice." No notice has been filed, by either party, seeking to reopen the matter. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 27, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 27, 2010, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522